# Supreme Court of the United States
## Office of the Clerk
## Washington, DC  20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

July 25, 2022

Clerk
United States Court of Appeals
  for the First Circuit
United States Courthouse
1 Courthouse Way, Suite 2500
Boston, MA 02210-3004

**Re:   David Carson, et al.,**
**v. A. Pender Makin**
**No. 20-1088 (Your docket No. 19-1746)**

Dear Clerk:

      Attached please find a certified copy of the judgment of this Court in the above-entitled case.

Sincerely,

SCOTT S. HARRIS, Clerk

By

*M. Altner*

Michael Altner
Judgments/Mandates Clerk

Enc.
cc:   All counsel of record

**Supreme Court of the United States**
**Office of the Clerk**
**Washington, DC  20543-0001**

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

July 25, 2022

Mr. Michael Eugene Bindas, Esq.
Institute for Justice
600 University Street
Suite 1730
Seattle, WA 98101

Ms. Sarah Ann Forster, Esq.
Office of the Attorney General
6 State House Station
Augusta, ME 04333

Re:  **David Carson, et al.,**
**v. A. Pender Makin**
**No. 20-1088**

Dear Counsel:

Today, a certified copy of the judgment of this Court in the above-entitled case was emailed to the Clerk of the United States Court of Appeals for the First Circuit.

The petitioners are given recovery of costs in this Court as follows:

| | |
|---|---|
| **Printing of record:** | **$2,663.40** |
| **Clerk's costs:** | **$300.00** |
| **Total:** | **$2,963.40** |

This amount may be recovered from the respondent.

Sincerely,

SCOTT S. HARRIS, Clerk

By

Michael Altner
Judgments/Mandates Clerk

cc:  Clerk, U.S. Court of Appeals for the First Circuit
       (Your docket No. 19-1746)

# Supreme Court of the United States

No. 20-1088

## DAVID CARSON, AS PARENT AND NEXT FRIEND OF O. C., ET AL

Petitioners

v.

## A. PENDER MAKIN

**ON WRIT OF CERTIORARI** to the United States Court of Appeals for the First Circuit.

**THIS CAUSE** came on to be heard on the transcript of the record from the above court and was argued by counsel.

**ON CONSIDERATION WHEREOF**, it is ordered and adjudged by this Court that the judgment of the above court is reversed with costs, and the case is remanded to the United States Court of Appeals for the First Circuit for further proceedings consistent with the opinion of this Court.

**IT IS FURTHER ORDERED** that the petitioners, David Carson, as Parent and Next Friend of O. C., et al., recover from A. Pender Makin, Two Thousand Nine Hundred Sixty-three Dollars and Forty Cents ($2,963.40) for costs herein expended.

June 21, 2022

| | |
|---|---|
| **Printing of record:** | **$2,663.40** |
| **Clerk's costs:** | **$300.00** |
| **Total:** | **$2,963.40** |

A True copy SCOTT S. HARRIS

Clerk of the Supreme Court of the United States