# United States Court of Appeals
## For the First Circuit

No. 19-1746

DAVID CARSON, as parent and next friend of O.C.; AMY CARSON, as parent and next friend of O.C.; ALAN GILLIS, as parent and next friend of I.G.; JUDITH GILLIS, as parent and next friend of I.G.; TROY NELSON, as parent and next friend of A.N. and R.N.; ANGELA NELSON, as parent and next friend of A.N. and R.N.,

Plaintiffs - Appellants,

v.

A. PENDER MAKIN, in her official capacity as Commissioner of the Maine Department of Education,

Defendant - Appellee.

Before

Barron, Chief Judge,
Souter,* Associate Justice, and Selya, Circuit Judge,.

**JUDGMENT**

Entered: July 25, 2022

    In light of the Supreme Court's decision in Carson, et al. v. Makin, 142 S. Ct. 1987 (2022), reversing this court's judgment, we hereby vacate the district court's decision and remand the case for further proceedings consistent with the Supreme Court's opinion.

By the Court:

Maria R. Hamilton, Clerk

---

*Hon. David H. Souter, Associate Justice (Ret.) of the Supreme Court of the United States, sitting by designation.

cc:
Hon. D. Brock Hornby, Christa Berry, Clerk, United States District Court for the District of Maine, Jeffrey Thomas Edwards, Lea Patterson, Timothy Keller, Arif Panju, Jonathan R. Whitehead, Michael K. Whitehead, Christopher C. Taub, Sarah A. Forster, Stephen C. Whiting, Zachary Heiden, Daniel Mach, Heather L. Weaver, Alexander Joseph Luchenitser, Richard Brian Katskee, Emma Bond, Sarah Goetz, Andrew T. Mason, Kristen Hollar, Samuel T.S. Boyd, Jessica Levin, Thomas E. Chandler, Julia M. Lipez, Elliott M. Davis, Vivek Suri, Joshua D. Dunlap, Russell Menyhart, Leslie Davis Hiner, Jay Sekulow, Samuel T. Grover, Bruce W. Smith, Malina Dumas, Francisco Maria Negron Jr., John C. Foskett, Jennifer Math