# United States Court of Appeals
## For the First Circuit

No. 19-1746

DAVID CARSON, as parent and next friend of O.C.; AMY CARSON, as parent and next friend of O.C.; ALAN GILLIS, as parent and next friend of I.G.; JUDITH GILLIS, as parent and next friend of I.G.; TROY NELSON, as parent and next friend of A.N. and R.N.; ANGELA NELSON, as parent and next friend of A.N. and R.N.

Plaintiffs - Appellants

v.

A. PENDER MAKIN, in her official capacity as Commissioner of the Maine Department of Education

Defendant - Appellee

### MANDATE

Entered: August 16, 2022

In accordance with the judgment of July 25, 2022, and pursuant to Federal Rule of Appellate Procedure 41(a), this constitutes the formal mandate of this Court.

By the Court:

Maria R. Hamilton, Clerk

cc:
Emma Bond
Samuel T.S. Boyd
Thomas E. Chandler
Elliott M. Davis
Malina Dumas
Joshua D. Dunlap
Jeffrey Thomas Edwards
Sarah A. Forster
John C. Foskett
Sarah Goetz
Samuel T. Grover

Zachary Heiden
Leslie Davis Hiner
Kristen Hollar
Richard Brian Katskee
Timothy Keller
Jessica Levin
Julia M. Lipez
Alexander Joseph Luchenitser
Daniel Mach
Andrew T. Mason
Jennifer Mathis
Russell Menyhart
Francisco Maria Negron Jr.
Arif Panju
Lea Patterson
Jay Sekulow
Bruce W. Smith
Vivek Suri
Christopher C. Taub
Heather L. Weaver
Jonathan R. Whitehead
Michael K. Whitehead
Stephen C. Whiting